UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RICHARD H. STROUSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-CV-132 |
| ) | (Jordan/Guyton) |
| THE LINCOLN ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 21] of the Honorable Leon Jordan, Senior United States District Judge, for disposition of the Plaintiff's Motion to Compel Discovery [Doc. 19].

Plaintiff moves to withdraw the Motion to Compel. [Doc. 23]. For good cause shown, Plaintiff's Motion to Withdraw Motion to Compel [Doc. 23] is **GRANTED**. The Motion to Compel [Doc. 19] shall be deemed **WITHDRAWN**.

   **IT IS SO ORDERED.**

               **ENTER:**

                              s/ H. Bruce Guyton
                        United States Magistrate Judge